IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PATRICK JORDAN,

        Appellant,

v.

        Case No. 5D21-2697
        LT Case No. 2019-CF-050267-AX

STATE OF FLORIDA,

        Appellee.
_____/

Opinion filed August 30, 2022

Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Matthew J. Metz, Public Defender, and
Steven N. Gosney, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.  *See Sheppard v. State*, 17 So. 3d 275 (Fla. 2009).

EISNAUGLE, NARDELLA and WOZNIAK, JJ., concur.